UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 08-CR-28

BRUCE R. ANDERSON,

        Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

The Court, having considered the motion of the United States of America, together with the affidavit of Assistant United States Attorney Tammy Jo Hock, and being satisfied that the terms and provisions of Title 21 U.S.C. § 853 have been satisfied,

**IT IS ORDERED**, pursuant to Title 21, U.S.C. § 853, that the United States of America has clear title to the following property and may seize and dispose of the property according to law:

1. Approximately ten acres of real property with a trailer home and greenhouse located at W6474 Kentwoods Road, in the Township of Price, Langlade County, Antigo, Wisconsin, described as Langlade County Parcel Numbers 024-0411.005 and 024-0411.006.

Dated at Green Bay, Wisconsin, this   8th   day of January, 2009.

                                          s/ William C. Griesbach
                                          WILLIAM C. GRIESBACH
                                          United States District Judge